**COM.**

v.

**KING, L.**

**2791 EDA 2016**

Superior Court of Pennsylvania.

5/31/2017

CP–23–CR–0005430–2013
(Delaware)

Affirmed—Application to Withdraw as Counsel Granted

**B.J.F.**